**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| DANIEL H. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.    2:22-CV-099-DCLC-CRW |
| | ) | |
| JASON CLENDENION, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons in the memorandum opinion filed contemporaneously with this order,

Respondent's motion to transfer the petition as second or successive [Doc. 7] is **GRANTED**, and

the Clerk is **DIRECTED** to transfer this entire action to the United States Court of Appeals for

the Sixth Circuit, pursuant to 28 U.S.C. § 1631 and *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997),

and to close this case.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

*LeAnna Wilson*
CLERK OF COURT